**Opinion issued July 11, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00464-CV**

———————————

## IN RE ARTIS CHARLES HARRELL, Relator

**Original Proceeding on Petition for Writ of Mandamus**

## MEMORANDUM OPINION

Artis Charles Harrell, an inmate proceeding pro se, has filed a petition for writ of mandamus challenging the trial court's final judgment issued on October 5, 2021, dismissing Harrell's claims under Texas Rule of Civil Procedure 91a.[1] Harrell previously appealed the judgment, and our Court affirmed the judgment on appeal.

---

[1] The underlying case is *Artis Harrell v. Jerome Godinich, Jr.*, cause number 2018-30856, in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

*See Harrell v. Godinich*, No. 01-21-00720-CV, 2023 WL 3311168 (Tex. App.—

Houston [1st Dist.] May 9, 2023, no pet.). We deny the mandamus petition.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.